DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Paula Noel

**Plaintiff,**

vs.                                                                 Civil No. 04-cv-00900-KI

**Commissioner of Social Security**

      **Defendant.**                                          **ORDER GRANTING AWARD**
                                                                             **OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of **$4.52**, costs in the amount of **$6.10**, and attorney's fees in the amount of **$4691.23** for total in the amount of **$4701.85**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920.

Done this 7th day of Nov. 2005.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**